**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: October 23, 2024**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No. 6:24−bk−03756−LVV
Chapter 7

Life at Sea Cruises, Inc.

Debtor* /

***ORDER DENYING MOTION TO WITHDRAW FROM REPRESENTATION OF DEBTOR***

THIS CASE came on for consideration, without hearing, of the Motion to Withdraw from Representation of Debtor filed by Evelyn Pabon Figueroa , Doc. # 18 . After review, the Court determines that the motion is deficient as follows:

Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.