**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Life at Sea Cruises, Inc., | ) | Case No. 6:24-bk-3756-LVV |
| | ) | Chapter 7 |
| Debtor. | ) | |
| ______________________________ | ) | |

**MOTION TO WITHDRAW FROM REPRESENTATION OF DEBTOR**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, Florida 32801 within fourteen (14) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

COMES NOW the undersigned attorney, in accordance with Rule 2091-2, Local Rules for U.S. Bankruptcy Court, Middle District of Florida, and moves this Court for an Order permitting her to withdraw from representation of the Debtor, Life at Sea Cruises, Inc., in the above-captioned matter, and in support hereof state:

Rule 2091-2, Local Rules for U.S. Bankruptcy Court, Middle District of Florida provides: “Except as otherwise provided in this Local Rule, Local Rule 2091-1, or by order of the Court, an attorney may not withdraw in any case or proceeding except by leave of Court.”

In this matter, withdrawal is proper because the Debtor has requested the undersigned counsel withdraw from representation for Debtor to retain substitute counsel.

All further pleadings and correspondence should be forwarded to Debtor's principal, at Vedat Ugurlu, 5484 Bowman Drive, Winter Garden, Florida 34787, which is Debtor's principal's last known address.

WHEREFORE, the undersigned prays that this Court will GRANT this motion and permit the undersigned attorney to withdraw from representation of the Debtor and terminate her representation in the above-captioned matter.

**CERTIFICATE OF SERVICE**

I HEREBY certify that on the date indicated below I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system which will send electronic notice to all interested parties.

I further certify that a copy of the foregoing was sent via mail to the Debtor's principal at the following address: Life at Sea Cruises, Inc. c/o Vedat Ugurlu, 5484 Bowman Drive, Winter Garden, Florida 34787.

Dated: October 23, 2024

s/Evelyn J. Pabon Figueroa
Evelyn J. Pabon Figueroa, Esq.
Florida Bar No. 0015594
Evelyn.pabonfigueroa@QPWBlaw.com