ORDERED.

**Dated: December 19, 2024**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

In re:

LIFE AT SEA CRUISES, INC.

Debtor.
_________________________/

Case No.: 24-bk-03756-LVV

Chapter 7

**ORDER DENYING MOTION TO VOLUNTARILY DISMISS CHAPTER 7 BANKRUPTCY CASE**

THIS MATTER came before the Court on Tuesday, December 17th, 2024, at 3:00 p.m. upon the Motion to Voluntarily Dismiss Chapter 7 Bankruptcy Case [ECF No. 38] (the "Motion"). The Court having reviewed the Motion, heard argument of counsel, considered the court papers on file, and for the reasons stated on the record at the hearing, it is hereby,

ORDERED, as follows:

1. The Motion is DENIED.

###

Attorney Ray is instructed to serve copies of this Order on all parties in interest and to file a certificate of service that he has done so.