FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



**Case No.:** 24-03756
**Case Name:** LIFE AT SEA CRUISES, INC.
**For the Period Ending:** 06/30/2026

**Trustee Name:** Arvind Mahendru
**Date Filed (f) or Converted (c):** 07/23/2024 (f)
**§341(a) Meeting Date:** 09/06/2024
**Claims Bar Date:** 09/21/2026

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Chase Bank Business Checking 1852 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Website is closed $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Settlement Agreement (u) | Unknown | $159,000.00 | | $0.00 | $159,000.00 |

**Asset Notes:** 5/12/26-Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: 6:25-ap-00216, American Express National Bank.

6/18/26-Order Granting Motion to Approve Compromise or Settlement

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| | $0.00 | $159,000.00 | | $0.00 | $159,000.00 |

**Major Activities affecting case closing:**

04/01/2025 Asset #3- Settlement Agreement
11/18/24-Application to Employ Arvind Mahendru as Attorney
11/22/24-Motion to Compel Debtor's owner to appear at 341 meeting and to produce documents
11/26/24-Order Approving Application to Employ/Retain Arvind Mahendru as Attorney Nunc Pro Tunc to November 18, 2024
4/1/25-Application to Employ Paul M. Mascia, Esq. and the law firm of Nardella & Nardella, PLLC as Special Counsel
4/14/25-Notice of 2004 Examination of American Express
4/14/25-Notice of 2004 Examination of JPMorgan Chase Bank, N.A
4/14/25-Notice of 2004 Examination of Garanti Bank.
5/13/25-Amended Notice of 2004 Examination of Garanti BBVA
6/30/25-Amended Notice of 2004 Examination of Vedat Ugurlu
11/3/25-Complaint by Arvind Mahendru, Chapter 7 Trustee against American Express National Bank. 6:25-ap-00216-LVV.
5/12/26-Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: 6:25-ap-00216, American Express National Bank.
6/18/26-Order Granting Motion to Approve Compromise or Settlement
6/19/26-Notice of Assets
6/19/26-Application to Employ Emerson C. Noble and the accounting firm of Noble & Noble, P.A. as Accountant
6/23/26-Final Application for Compensation for Paul N Mascia, Trustee's Attorney, Fee: $63600., Expenses: $0.00, for the period of 4/10/2026 to 6/19/2026. For the period: April 10, 2026 to June 19, 2026
7/2/26-Order Approving Application to Employ/Retain Emerson C Noble and the accounting firm of Noble & Noble as Accountant

**Initial Projected Date Of Final Report (TFR):** 06/30/2026 **Current Projected Date Of Final Report (TFR):** 12/31/2026

/s/ ARVIND MAHENDRU

ARVIND MAHENDRU

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-03756 | **Trustee Name:** | Arvind Mahendru |
| **Case Name:** | LIFE AT SEA CRUISES, INC. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***8499 | **Checking Acct #:** | ******0690 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 07/01/2025 | **Blanket bond (per case limit):** | $47,705,204.00 |
| **For Period Ending:** | 06/30/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 07/01/2025 to 06/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/14/2026 to 6/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 24-03756 | **Trustee Name:** | Arvind Mahendru |
| **Case Name:** | LIFE AT SEA CRUISES, INC. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***8499 | **Checking Acct #:** | ******0690 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 07/01/2025 | **Blanket bond (per case limit):** | $47,705,204.00 |
| **For Period Ending:** | 06/30/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $0.00 | $0.00 | $0.00 |

**For the period of 07/01/2025 to 06/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/14/2026 to 6/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ARVIND MAHENDRU

ARVIND MAHENDRU