UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No.: 24-bk-03756-LVV
Chapter 7

LIFE AT SEA CRUISES, INC.

Debtor(s) /

TRUSTEE'S OBJECTION TO CLAIM NO. 22
(Filed by Adam Pers)

Arvind Mahendru, Trustee, hereby files this Trustee's Objection to Claim No. 22 and shows:

1. The Trustee objects to Claim No. 22 filed by Adam Pers.
2. Claim No. 22 was filed by Adam Pers in the amount of $7,936.00.

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington St., Suite 5100, Orlando, Florida 32801 and serve a copy on Arvind Mahendru, Trustee, 5703 Red Bug Lake Road #284, Winter Springs, Florida 32708 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

3. Claim No. 22 is a duplicate claim to Claim No. 17 previously filed by Adam Pers.

WHEREFORE, the trustee moves that this court, after notice, enter its order disallowing Claim No. 22 filed by the Adam Pers, in its entirety in the amount of $7,936.00.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via first-class United States, postage prepaid, or via electronic filing this day, October 26, 2026 to:

| | |
|---|---|
| Creditor | Adam Pers, Mary House, Broad Lane<br>Bristol UK BS377BE |
| Debtor | LIFE AT SEA CRUISES, INC.<br>5484 BOWMAN DRIVE 1710, WINTER GARDEN, FL 34787 |
| Debtors' Attorney | L WILLIAM PORTER, III<br>201 S. Orange Avenue, Suite 1400, ORLANDO, FL 32801 |
| United States Trustee's Office | via ECF |

Dated: October 26, 2026

/s/Arvind Mahendru, Trustee
Arvind Mahendru, Trustee
5717 Red Bug Lake Road, Suite 284
Winter Springs, FL 32708
(407) 504-2462